# Third District Court of Appeal

## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1360
Lower Tribunal No. F98-42611
_____


**Billy L. Culpepper,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jason Edward Bloch, Judge.

Billy L. Culpepper, in proper person.

James Uthmeier, Attorney General, for appellee.


Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Wainwright v. State, 411 So. 3d 392, 399 (Fla. 2025)

(holding that, even if <u>Erlinger v. United States</u>, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided); <u>Ford v. State</u>, 402 So. 3d 973, 981 (Fla. 2025) ("But <u>Erlinger</u> was a direct-appeal case—not a postconviction case like Ford's—and it involved required jury findings regarding an element. Based on these fundamental distinctions, it is clear that <u>Erlinger</u> provides no support for vacating Ford's death sentences."); <u>Arias v. State</u>, 413 So. 3d 999 (Fla. 3d DCA 2025).